United States District Court
Southern District of Texas
**ENTERED**
February 07, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TERRY M. SMITH, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-3300 |
| | § | |
| J.P. MORGAN CHASE BANK, N.A., | § | |
|    Defendant. | § | |

# CONDITIONAL ORDER OF DISMISSAL

The Court has been advised that the parties have resolved their dispute. Therefore, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **April 11, 2018**, that the settlement could not be completely documented and finalized.

SIGNED at Houston, Texas, this 7th day of February**, 2018**.

_[signature]_
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2017\3300Conditional.wpd   180207.1112